**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-00594-LTB-CBS

WILLIAM E. MABRY II

       Plaintiff,

v.

US BANK HOME MORTGAGE and
US BANK, N.A.,

       Defendants.

**ORDER**

      THIS MATTER comes before the Court, sua sponte for review.  An Order to Show Cause was issued on February 12, 2013 giving Plaintiff up to and including February 26, 2013 to show cause why this matter should not be dismissed for failure to serve pursuant to Rule 4(m), Federal Rules of Civil Procedure.  To date no response has been filed or good cause shown.  It is therefore

      ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                                         BY THE COURT:

                                           s/Lewis T. Babcock
                                         Lewis T. Babcock, Judge

DATED:   March 11, 2013